UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YITBAREK KEBEDE,<br><br>  Plaintiff,<br><br>  v.<br><br>DIGNITY HEALTH, et al.,<br><br>  Defendants. | No. 2:24-cv-03415-DAD-SCR<br><br>ORDER REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 7) |

On January 3, 2025, the parties stipulated to remand of this action to the Sacramento County Superior Court, where this action was originally filed. (Doc. No. 7.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Sacramento County Superior Court. The initial scheduling conference currently set for March 10, 2025 is hereby vacated. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 6, 2025**              /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE

1